**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, 3rd Floor
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
*All Correspondence to NJ Office*

December 16, 2020

The Honorable U.S. District Judge Rachel P. Kovner
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Moshen v. SmileDirectClub**
             **Civil Case No.: 1:20-cv-04053-RPK-PK**

Dear Judge Kovner:

      The undersigned represents the Plaintiff in the above captioned matter.

      Please be advised that this matter has been settled. It is therefore respectfully requested that the matter be stayed for sixty days to allow the parties to finalize settlement details and submit a Stipulation of Dismissal.

      It is further respectfully requested that the pending Motion to Dismiss be held in abeyance pending the settlement.

      Defendant's counsel has consented to this request and is copied on this communication.

      Kindly contact the undersigned with any questions or concerns regarding the foregoing.

      Thank you.

                            Respectfully submitted,

                              */s/ Yitzchak Zelman*
                              Yitzchak Zelman, Esq.
                              MARCUS ZELMAN, LLC

YZ/llh